IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-02241-PAB-KAS

BRIAN LITTLEFIELD,

    Plaintiff,

v.

WELD COUNTY SCHOOL DISTRICT RE-5J, a political and quasi-municipal subdivision;
LESLIE ARNOLD, individually and in her former official capacity as Superintendent; and CARA ANDERSON, individually and in her former official capacity as Assistant Superintendent of Human Resources,

    Defendants.
_____

## MINUTE ORDER
_____
**ENTERED BY MAGISTRATE JUDGE KATHRYN A. STARNELLA**

    This matter is before the Court on **Defendants' Unopposed Joint Motion to Amend Scheduling Order** [#91] (the "Motion"). The case was stayed until the Court's recent ruling on the individual Defendants' Motion to Dismiss (Order [#89]), and the Motion seeks additional time to complete discovery, take depositions, and file dispositive motions. Finding good cause,

    IT IS HEREBY **ORDERED** that the Motion [#91] is **GRANTED**. The stay of this case is **LIFTED**. The discovery cutoff is extended to **March 1, 2024**. The dispositive motions deadline is extended to **April 1, 2024**.

    Dated:   November 3, 2023