IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-02241-PAB-KAS

BRIAN LITTLEFIELD,

    Plaintiff,

v.

WELD COUNTY SCHOOL DISTRICT RE-5J, a political and quasi-municipal subdivision,
LESLIE ARNOLD, individually and in her former official capacity as Superintendent, and
CARA ANDERSON, individually and in her former official capacity as Assistant Superintendent of Human Resources,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KATHRYN A. STARNELLA**

    This matter is before the Court sua sponte. Given that the current discovery cutoff is March 1, 2024, and the dispositive motions deadline is April 1, 2024, *see Minute Order* [#93], the current December 22, 2023 setting for the Final Pretrial Conference is premature. Accordingly,

    IT IS HEREBY **ORDERED** that the Final Pretrial Conference set for December 22, 2023, at 1:30 p.m. is **VACATED** and **RESET** to **July 1, 2024**, at **10:00 a.m.** in Courtroom C-204 of the Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado. The Proposed Final Pretrial Order shall be filed **no later than June 24, 2024**.

    Dated:   November 29, 2023