IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-02241-PAB-KAS

BRIAN LITTLEFIELD,

    Plaintiff,

v.

WELD COUNTY SCHOOL DISTRICT RE-5J, a political and quasi-municipal subdivision;
LESLIE ARNOLD, individually and in her former official capacity as Superintendent; and
CARA ANDERSON, individually and in her former official capacity as Assistant Superintendent of Human Resources,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KATHRYN A. STARNELLA**

    This matter is before the Court on **Plaintiff's Unopposed Motion to Amend Scheduling Order [Doc. 93]** [#97] (the "Motion"). This is the third motion to amend the scheduling order. The previous motion [#91], recently filed by Defendants, sought additional time to complete discovery, take depositions, and file dispositive motions, due to a then-recently lifted stay of discovery. The Court granted that motion and extended the discovery cut-off to March 1, 2024, and the dispositive motions deadline to April 1, 2024. *See Minute Order* [#93].

    Plaintiff now seeks an additional extension on the deadlines to disclose affirmative and rebuttal experts and on the discovery cutoff and dispositive motions deadlines. *Motion* [#97] at 3. In support, Plaintiff points to the upcoming holiday season and Plaintiff's counsel's back-to-back trial schedule from January through April 2024. *Id*. at 2-3. Finding good cause,

    IT IS HEREBY **ORDERED** that the Motion [#97] is **GRANTED.** The affirmative expert disclosure deadline is extended to **February 1, 2024**. The rebuttal expert disclosure deadline is extended to **March 1, 2024**. The discovery cutoff is extended to **April 1, 2024**. The dispositive motions deadline is extended to **May 1, 2024**.

    Dated:   December 7, 2023