IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-02241-PAB-KAS

BRIAN LITTLEFIELD,

    Plaintiff,

v.

WELD COUNTY SCHOOL DISTRICT RE-5J, a political and quasi-municipal subdivision,
LESLIE ARNOLD, individually and in her former official capacity as Superintendent, and
CARA ANDERSON, individually and in her former official capacity as Assistant Superintendent of Human Resources,

    Defendants.
_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KATHRYN A. STARNELLA**

    This matter is before the Court on a disputed discovery issue that Plaintiff emailed to Judge Starnella's Chambers on July 23, 2024. The dispute concerns the Rule 30(b)(6) deposition of Defendant Weld County School District, which occurred on March 20, 2024. Plaintiff represents that the parties "conferred on this issue in deposition but further conferred on this issue in a telephone call during the week of July 15th."

    However, on April 17, 2024, nearly one month after the at-issue deposition, the parties filed a Joint Motion to Stay Discovery [#109] which represented that they had "completed all discovery in this case and jointly agree that a settlement conference is warranted." *Joint Motion to Stay* [#109], ¶ 2.[1] In reliance on that representation, the Court extended the dispositive motions deadline and held a settlement conference. *See Minute Order* [#111] at 1 ("Given the date of the [settlement] conference and the parties' representation that all discovery is complete, the Court will reset the dispositive motions deadline to a date certain, a few weeks after the conference."); *Minute Entry* [#112].

    On June 17, 2024, the parties sought another extension of the dispositive motions deadline and a continuance of the Final Pretrial Conference, with no mention of any disputed discovery issues. *See generally Stipulated Motion to Modify Scheduling Order* [#113]. The Court granted the Stipulated Motion [#113], setting the current dispositive motions deadline of August 1, 2024, and resetting the Final Pretrial Conference to

---

[1] By then, the discovery deadline had already been extended to April 23, at the parties' request, "for expert depositions only." *Minute Order* [#105] at 1.

September 12, 2024. *Minute Order* [#115].

Given this background, the Court declines to set a discovery dispute hearing. Instead, Plaintiff may file a discovery motion, provided that he meets applicable standards to reopen discovery. **The Court is not inclined to grant further extensions to the dispositive motions deadline or another continuance of the Final Pretrial Conference.** Accordingly,

IT IS HEREBY **ORDERED** that Plaintiff may file a discovery motion on or before **August 1, 2024**, following good faith conferral with Defendants. Defendants' Response, if any, will be due on **August 15, 2024**. No replies will be permitted.

IT IS FURTHER **ORDERED** that the Parties shall email Judge Starnella's Chambers if they resolve the disputed discovery issue.

Dated:   July 23, 2024